In the Matter of the Estate of WALTER H. FILOR, Deceased.

FANNIE A. FILOR, Appellant; MABEL T. FILOR et al., as Executors of WALTER H. FILOR, Deceased, et· al., Respondents.

(Submitted October 2, 1935; decided October 22, 1935.)

*John J. Meara* for appellant.

*Henry S. Hooker* and *Raymond D. Thurber* for respondents.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.